Motion, insofar as it seeks leave to appeal from so much of the Appellate Division order as affirmed Supreme Court's grant of the motion to amend the answer, dismissed upon the ground that such part of the order does not finally determine the action within the meaning of the Constitution (*see Best v Yutaka*, 90 NY2d 833, 834 n [1997]; *Muro v Bay Ready Mix & Supplies*, 97 NY2d 625 [2001]); motion for leave to appeal otherwise denied.

GEORGE KRALIK et al., Respondents, v 239 EAST 79TH STREET OWNERS CORP., Appellant.

Submitted February 2, 2009; decided April 7, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

GEORGE KRALIK et al., Respondents, v 239 EAST 79TH STREET OWNERS CORP., Appellant.

Submitted February 17, 2009; decided April 7, 2009

Motion by Council of New York Cooperatives and Condominiums for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

LEEWARD ISLES RESORTS, LIMITED, Respondent, v CHARLES C. HICKOX, Appellant.

Submitted March 9, 2009; decided April 7, 2009

Motion for reargument of motion for leave to appeal denied [*see* 11 NY3d 914 (2009)]. Movant was not precluded by CPLR 5511 from seeking leave to appeal from the final April 2008 Supreme Court judgment to bring up for review the prior nonfinal Appellate Division order by which he is aggrieved. That Supreme Court's final judgment was entered without opposition did not here constitute a waiver of the right to move for leave to appeal from that paper under CPLR 5602 (a) (1) (ii) (*see*